**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  ZELNER A. GLADNEY                                                    Case Number: 06-70024
        617 N. INDEPENDENCE AVENUE             SSN-xxx-xx-0200
        ROCKFORD, IL  61101

                                                                  Case filed on:        1/10/2006
                                                                  Plan Confirmed on:    4/7/2006
                                    D Dismissed

Total funds received and disbursed pursuant to the plan: $3,300.00              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
| | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,914.56 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 1,914.56 | 0.00 |
| 999 | ZELNER A. GLADNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 1,215.86 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST BANK BC | 7,207.49 | 1,056.56 | 1,056.56 | 0.00 |
| | Total Secured | 8,423.35 | 1,056.56 | 1,056.56 | 0.00 |
| 003 | NERZEAL GLADNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,270.16 | 1,270.16 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 2,259.24 | 2,259.24 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,119.84 | 1,119.84 | 0.00 | 0.00 |
| | Total Unsecured | 4,649.24 | 4,649.24 | 0.00 | 0.00 |
| | Grand Total: | 15,914.34 | 8,547.55 | 3,112.87 | 0.00 |

Total Paid Claimant:        $3,112.87
Trustee Allowance:          $187.13          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00             discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan